## 49109. GREEN v. THE STATE.

QUILLIAN, Judge.

The appellant was convicted of operating and maintaining a gambling house. There was an appeal and the case is here for review. *Held:*

1. The appellant contends the trial judge erred in failing to tell the jury that he was directing a verdict of not guilty when he withdrew one of the counts of the indictment from their consideration. This contention is without merit.

2. The evidence was sufficient to support the verdict.

*Judgment affirmed. Bell, C. J., and Clark, J., concur.*

SUBMITTED FEBRUARY 5, 1974 — DECIDED MARCH 7, 1974.

*Calhoun, Sims & Donaldson, John R. Calhoun,* for appellant.

*Andrew J. Ryan, Jr., Solicitor, Howard A. McGlasson, Jr.,* for appellee.